**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7037**

---

CARROLL E. WADE,

Petitioner - Appellant,

versus

ED WRIGHT, Warden; ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-98-705-7)

---

Submitted: December 22, 1999          Decided: June 2, 2000

---

Before WIDENER, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Carroll E. Wade, Appellant Pro Se. Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carroll Wade seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Wade v. Wright, No. CA-98-705-7 (W.D. Va. Apr. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2